# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Cement Masons, Plasterers and Shophands Service Corporation,<br><br>                    Plaintiff, | Case No. 0:22-cv-00258-NEB-ECW |
| v. | |
| The Concrete Company, LLC, and Amanda Chromey, a/k/a Amanda Cook, individually,<br><br>                    Defendants. | **NOTICE OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff in the above-captioned action, The Cement Masons, Plasterers and Shophands Service Corporation, hereby voluntarily dismisses without prejudice the previously filed action against the Defendants The Concrete Company, LLC, and Amanda Chromey, a/k/a Amanda Cook, individually.

Respectfully submitted,

REINHART BOERNER VAN DEUREN S.C.

Dated: May 12, 2022

s/ *Pamela H. Nissen*
Pamela H. Nissen
Attorney ID No. 0259810
80 South Eighth Street, Suite 900
Minneapolis, MN 55402
Telephone: (612) 225-4030
Facsimile: (414) 298-8097
pnissen@reinhartlaw.com

ATTORNEY FOR PLAINTIFF

1